·In *State* v. *Dunn*, from Robeson :

, The defendant was convicted for burning a gin-house and sentenced to twenty-five years' imprisonment in the penitentiary ; *Held* that the judgment is erroneous. The term of imprisonment in such case cannot exceed ten years. A *certiorari* was granted to the end that the record in the case may be reviewed. Bat. Rev., ch. 32, § 6; *State* v. *Lawrence*, 81 N. C., 522; *State* v. *Green*, 85 N. C., 600—opinion by ASHE, J.

----

In *State* v. *Shoe*, from Guilford :

This was an application for a *certiorari* involving matter similar to that in the preceding case, and the ruling of the court based upon the authorities therein cited—opinion by RUFFIN, J.